

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/11/2025

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 11, 2025

**APPLICATION GRANTED:** The Initial Conference set for 12/15/2025 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, February 19, 2026 at 12:00 p.m.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

12/11/2025

*Via ECF*
Hon. Katherine H. Parker, U.S.M.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

Re:    *William Farrington v. Heavy Inc. d/b/a ahoramismo.com*
        Case No: 1:25-cv-07878-PAE-KHP

Dear Judge Parker:

We are the attorneys for the plaintiff, William Farrington ("*Plaintiff*") in this matter and write pursuant to Rule I.c of Your Honor's individual rules of practice to respectfully request that the Initial Case Management Conference, presently scheduled for December 15, 2025, at 12:00 PM be adjourned for approximately 30 days, or, to a date convenient to the Court.

The reason for this request is that counsel for Defendant has just executed and returned a waiver of service, which was filed on the docket today. *See Dkt. No.* 9. As service was just acknowledged, and counsel has yet to appear, the parties have not had the opportunity to meet and confer to discuss the Rule 26(f) report or to prepare the proposed case management plan, which were to occur 3 weeks and 1 week respectively before the scheduled conference pursuant to the Court's Order dated September 26, 2025. *Dkt. No.* 8. Notwithstanding the foregoing, counsel for the parties have opened preliminary discussions about the case in an effort to determine if this matter can be resolved without the need for further judicial intervention. Accordingly, it is respectfully submitted that adjourning the presently scheduled Initial Case Management Conference will serve the interests of judicial economy and will afford the time needed for the parties to narrow any issues that can be eliminated from the case.

In closing, we thank the Court for its consideration of this request.

Respectfully submitted,

/s *Craig B Sanders*
Craig B Sanders