USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____02/03/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

WILLIAM FARRINGTON,

                           Plaintiff,

           -against-

HEAVY INC.,

                          Defendant.

------------------------------------------------------------------X

**25-CV-7878 (PAE) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on February 2, 2026 (doc. no 12) the Initial Case Management Conference currently scheduled for **February 19, 2026** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                 February 3, 2026

                                          *Katharine H Parker*
                                     _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge